IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STERLING RAMONNO DAVIS,     )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )     3:23cv610-MHT
                            )         (WO)
MICHAEL SCHROEDER,          )
                            )
     Defendant.             )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that the defendant officer used racist and homophobic language. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE